# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEREMY CARTER,**

    **Plaintiff,**

**v.**                                          **Case No:   6:16-cv-1739-Orl-31TBS**

**WYNDHAM VACATION OWNERSHIP, INC.,**

    **Defendant.**

## ORDER

Upon consideration of Defendant's Motion to Strike Plaintiff's Demand for Jury Trial (Doc. 22), and the Plaintiff's Response (Doc. 23), it is

**ORDERED** that said motion is **GRANTED**. *See Green v. Wyndham Vacation Resorts, Inc.*, No. 6:08-cv-01997-ORL-22DAB, 2010 U.S. Dist. LEXIS 145652, at *4–5 (M.D. Fla. July 12, 2010) (finding a jury waiver clause identical to the one in the current case enforceable); *Stevens v. Wyndham Vacation Ownership, Inc.*, No. 6:14-cv-1845-Orl-31KRS, 2015 U.S. Dist. LEXIS 55383, at *3–4 (M.D. Fla. Mar. 17, 2015) (finding a jury waiver clause identical to the one in the current case enforceable). This case will proceed non-jury.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 9, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party